995 F.2d 948
 ALPINE RIDGE GROUP, a partnership; Monroe Associates, a
limited partnership; Brentwood, a limited partnership;
Campbell Courts Associates, a partnership; Cheney Gardens
Limited Partnership, a limited partnership, et al.,
Plaintiffs-Appellees,
v.
Henry G. CISNEROS,* in his official capacity
as Secretary of the United States Department of
Urban Development; U.S. Department of
Housing and Urban Development,
Defendants-Appellants.
ACACIA VILLA; Alicia Park Apartments; Amerige Villa;
Antelope Valley, et al., Plaintiffs-Appellees,
v.
Henry G. CISNEROS,* Sec. HUD; United
States of America, Defendants-Appellants.
ALPINE RIDGE GROUP, a partnership; Monroe Associates, a
limited partnership; Brentwood, a limited partnership;
Campbell Courts Associates, a partnership; Cheney Gardens
Limited Partnership, a limited partnership, et al.,
Plaintiffs-Appellees,
and
Bitterroot Manor, a limited partnership, et al.,
Plaintiffs-Intervenors,
v.
Henry G. CISNEROS,* in his official
capacity as Secretary of the United States
Department of Urban Development; U.S.
Department of Housing and
Urban Development,
Defendants-
Appellants.
 Nos. 91-35573, 91-55354 and 91-35267.
 United States Court of Appeals,
Ninth Circuit.
 June 25, 1993.
 
 Douglas Letter, Civil Div., Dept. of Justice, Washington, DC, for defendants-appellants.
 Warren J. Daheim, Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim, Tacoma, WA, Henry A. Hubschman, Fried, Frank, Harris, Shriver & Jacobson, Washington, DC, for plaintiffs-appellees.
 On Remand from the United States Supreme Court.
 Before WALLACE, Chief Judge, HUG, and RYMER, Circuit Judges.
 
 ORDER
 
 1
 The mandate of the United States Supreme Court certified on June 2, 1993, in Cisneros v. Alpine Ridge, --- U.S. ----, 113 S.Ct. 1898, 123 L.Ed.2d 572 reversed the judgment of this court. Therefore, we vacate our opinion at 955 F.2d 1382 (9th Cir.1992), reverse the district court, and remand to the district court for further proceedings which are consistent with the opinion of the Supreme Court.
 
 
 
 *
 Henry G. Cisneros is substituted for his predecessor, Jack Kemp, as Secretary of Department of Urban Development. Fed.R.App.P. 43(c)(1)